# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: PATRICK D. SMITH & SUSAN M. SMITH  
552 RIVER LANE  
LOVES PARK, IL  61111

SSN-xxx-xx-1557 & xxx-xx-3258

Case Number: 06-70149

Case filed on: 2/8/2006  
Plan Confirmed on: 9/22/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,195.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID H CARTER | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 013 | PATRICK D. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PATRICK D. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 9,556.36 | 9,556.36 | 2,906.70 | 645.15 |
| 002 | CITIFINANCIAL | 82,749.29 | 0.00 | 0.00 | 0.00 |
| 003 | CITIFINANCIAL | 6,375.00 | 0.00 | 0.00 | 0.00 |
| 004 | WINNEBAGO COUNTY TREASURER | 2,793.99 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 101,474.64 | 9,556.36 | 2,906.70 | 645.15 |
| 005 | COM ED | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | LYDIA MEYERS, TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCK RIVER WATER RECLAMATION | 467.42 | 467.42 | 17.38 | 0.00 |
| 010 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 521.21 | 521.21 | 34.43 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 2,405.30 | 2,405.30 | 158.88 | 0.00 |
|  | Total Unsecured | 3,393.93 | 3,393.93 | 210.69 | 0.00 |
|  | Grand Total: | 107,868.57 | 15,950.29 | 6,117.39 | 645.15 |

Total Paid Claimant:    $6,762.54  
Trustee Allowance:      $432.46  
Percent Paid Unsecured:     6.21

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>12/28/2008</u>       By  <u>/s/Heather M. Fagan</u>